UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERROD HERNDON, Plaintiff, v. UNKNOWN, Defendant. | Case No. 17-cv-05886-HSG (PR) **JUDGMENT** |

The action having been dismissed without prejudice, judgment is entered in favor of defendant.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 11/30/2017

*Haywood S. Gilliam Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge